UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-4-D-2

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| MICHAEL ANTHONY COLEY | |

On motion of the Defendant, Michael Anthony Coley, and for good cause shown, it is hereby ORDERED that the [DE 118] be sealed until further notice by this Court.

IT IS SO ORDERED.

This 23 day of August 2016.

JAMES C. DEVER, III
Chief United States District Judge